# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Ev -12 | 9651592 | Civitano | 509 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 06/30/21  1735 | USC 46.2 §70 |

Place of Offense

ffcpw adj liberty dr.

Offense Description: Factual Basis for Charge          HAZMAT ☐

exceeding the maximum
speed limit   66-30

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Cary | michael | |

Street Address ████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VJU 6720 | VA | 14 | ford | | Gray |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 97.00  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ 127.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 401 Courthouse sq alexandria, va | 06/08/21 |
| | Time 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9651592*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 30 Jun, 20 21 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

while conducting stationary and vehicel lidar on ffcpw. I identified a grey mustang drweling at a high rate of speed. I confirmed the speed a 66mph by audio visual tone I indicated a stop the driver was identified as michael cary. All info was verified by ncic/vcin and lcvb was issued.

s/w 45/100

Distance: 978 ft

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/30/21
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2021 10:53